UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-76-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FERNANDO OJEDA-RESTANI | **ORDER TO SEAL** |

On motion of the Defendant, Fernando Ojeda-Restani, and for good cause shown, it is hereby ORDERED that [DE 27] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 9th day of February 2017.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge